Finding no error in the record justifying a reversal of the conviction, the judgment of the trial court is affirmed.

## CRUZ v. STATE.
### No. 22376.

Court of Criminal Appeals of Texas.

Feb. 3, 1943.

Oliver W. Johnson, of San Antonio, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon his plea of guilty before the court appellant was convicted of the offense of receiving and concealing stolen property, and his punishment assessed at one year in the county jail.

The record is before this court without a statement of facts or bills of exceptions, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

## SIMMONS v. STATE.
### No. 22386.

Court of Criminal Appeals of Texas.

Feb. 3, 1943.

C. F. Sentell, of Snyder, and Brummett & Brummett, of Dickens, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for receiving and concealing stolen cattle. The punishment assessed is confinement in the state penitentiary for a period of two years.

The record is before us without bills of exception or statement of facts, in the ab-

sence of which no question has been presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.